UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN ANTHONY, ET AL.                                               CIVIL ACTION

VERSUS                                                                         NO: 15-3134

SULZER SPINE TECH, INC.                                          SECTION: "F"

A Preliminary Pre-Trial conference was held on October 22, 2015

       PRESENT:

       For Plaintiff:    Casey W. Moll

       For Defendant: Jessica Cox and Camala E. Capodice

       Pleadings have been completed. Jurisdiction and venue are established.

       All pre-trial motions, including motions *in limine* regarding the admissibility of expert testimony, shall be filed and served in sufficient time to permit hearing thereon no later than 28 days prior to trial. Any motions filed in violation of this order shall be deemed waived unless good cause is shown. All other motions *in limine* shall be allowed to be filed up to the time of trial or as otherwise ordered by the Court.

       Counsel shall complete all disclosure of information as follows:

       Depositions for trial use shall be taken and all discovery shall be completed no later than 28 days prior to the pretrial conference.

       Amendments to pleadings, third-party actions, cross- claims, and counter-claims shall be filed no later than 30 days from today.

       Counsel adding new parties subsequent to mailing of this Notice shall serve on each new party a copy of this Minute Entry. Pleadings responsive thereto, when required, shall be filed within the applicable delays therefor.

       If Rule 26 disclosures have not been completed or waived, than they shall be exchanged within 14 days.

       Written reports of experts, as defined by Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiff fully setting forth all matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than 91 days prior to pretrial conference.

       Written reports of experts, as defined by Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendant fully setting forth all matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than 63 days prior to pretrial conference.

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial, and all exhibits which may or will be used at trial no later than 63 days prior to pretrial conference.

The Court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

Settlement possibilities were discussed. A further settlement conference will be scheduled at any time at the request of any party to this action.

This case may involve extensive documentary evidence, depositions or other discovery. No special discovery limitations beyond those established in the Federal Rules or Local Rules of this Court are established.

A final pre-trial conference will be held before the District Judge on **August 4, 2016; 10:30 a.m.** Counsel will be prepared in accordance with the final Pre-Trial Notice attached.

Trial will commence on **August 22, 2016; 9:00 a.m.** before the District Judge **with** a jury. Attorneys are instructed to report for trial no later than 30 minutes prior to this time. The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling. Trial is estimated to last 7 day(s).

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with the Local Rules and upon a showing of good cause. Continuances will not normally be granted. If, however, a continuance is granted, deadlines and cut off dates will be extended automatically, unless otherwise ordered by the Court.

