UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN ANTHONY, ET AL** | * | **CASE NO.: 2:15-cv-3134** |
| **VERSUS** | * | **JUDGE: FELDMAN** |
| **SULZER SPINE TECH, INC.** | * | **MAGISTRATE: ROBY** |

*************************************************************************

## EX PARTE MOTION TO EXTEND CERTAIN PRE-TRIAL DEADLINES

NOW INTO COURT, through undersigned counsel, come plaintiffs, John Anthony and Terri Anthony, who moves for an extension of the pre-trial deadlines in connection with the upcoming trial of this matter which is scheduled for August 22, 2016, per this Court's Order of October 22, 2016 [Document 17]. Counsel for defendants has consented to the proposed extensions herein.

In order to complete certain discovery matters already under way, such as document productions needed prior to the formation of expert reports, it is requested that the following amendments to this Court's Order of October 22, 2016 [Document 17] be made:

(a) The plaintiff's deadline for disclosure of expert reports is extended thirty days, to June 6, 2016;

(b) The defendants' deadline for identification of experts and disclosure of expert reports is extended thirty days, to July 5, 2016;

(c) The deadline to exchange witness and exhibit lists is extended thirty days, to July 5, 2016.

1

Mover respectfully requests these extensions to allow the parties sufficient time and opportunity to prepare this matter for trial on the date assigned by this Honorable Court; and the extensions requested should not impede – but rather, will facilitate – the progress of trial preparation.

Respectfully submitted,

/s/: Casey W. Moll_____
JOHN D. SILEO (LA. BAR NO.: 17797)
CASEY W. MOLL (LA. BAR NO.: 35925)
320 N. Carrollton Ave. Suite 101
New Orleans, Louisiana 70119
Telephone: (504) 486-4343
Fax: (504) 297-1249

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading was this day forwarded to all counsel of record either through the CM/ECF system, email transmission, depositing a copy of same in the United States mail, first class postage prepaid and properly address, by hand delivery, or via facsimile transmission.

New Orleans, Louisiana, this 6th day of May 2016.

/s/: Casey W. Moll_____