## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN ANTHONY, ET AL** | * | **CASE NO.: 2:15-cv-3134** |
| **VERSUS** | * | **JUDGE: FELDMAN** |
| **SULZER SPINE TECH, INC.** | * | **MAGISTRATE: ROBY** |

*************************************************************************

## **MEMORANDUM IN SUPPORT OF EX PARTE MOTION TO EXTEND CERTAIN PRE-TRIAL DEADLINES**

MAY IT PLEASE THE COURT:

This case arise out of a defective medical device implanted into Plaintiff, John Anthony's back. Plaintiff's counsel has reached out to the implanting surgeon for a report detailing his opinions regarding the issues surrounding the device implanted into Plaintiff, John Anthony's back.

To date, plaintiff's counsel has not yet received a report; however, it should be forth coming in the very near future.

It is respectfully submitted that new pre-trial deadlines be established as set forth in the movant's motion to allow counsel for plaintiff to obtain necessary expert reports.

[Signature Block on Following Page]

1

Respectfully submitted,

/s/: John D. Sileo_____
JOHN D. SILEO (LA. BAR NO.: 17797)
CASEY W. MOLL (LA. BAR NO.: 35925)
320 N. Carrollton Ave. Suite 101
New Orleans, Louisiana 70119
Telephone: (504) 486-4343
Fax: (504) 297-1249

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading was this day forwarded to all counsel of record either through the CM/ECF system, email transmission, depositing a copy of same in the United States mail, first class postage prepaid and properly address, by hand delivery, or via facsimile transmission.

New Orleans, Louisiana, this 6th day of May 2016.

/s/: John D. Sileo_____